| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Rogers, Judith W. | 2. Court or Organization<br><br>U.S.Court of Appeals for the D.C. Circuit | 3. Date of Report<br><br>08/01/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>U.S. Court of Appeals for the D.C. Circuit<br>333 Constitution Av., N.W.<br>Washington, D.C. 20001 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, Judith W. | 08/01/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | D.C. Judges Retirement Fund | $99,419.53 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, Judith W. | 08/01/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, Judith W. | 08/01/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SunTrust Bk. | A | Interest | M | T | | | | | |
| 2. Cash at Pershing | A | Interest | J | T | | | | | |
| 3. Am.Fds: Inv. Co. of Amer. | D | Dividend | M | T | | | | | |
| 4. Am.Fds.: Wash. Mut. Inv. Fd. | D | Dividend | M | T | | | | | |
| 5. Am.Fds.: New Persp. Fd. | C | Dividend | M | T | | | | | |
| 6. Am.Fds.: Growth Fd. Amer. | C | Dividend | N | T | | | | | |
| 7. Vanguard Small Cap Value Index | B | Dividend | L | T | Buy | 01/05/12 | L | | |
| 8. Am.Fds: New World Fund-A | A | Dividend | K | T | | | | | |
| 9. Am.Fds: Capital World Bond Fd-A | B | Dividend | K | T | | | | | |
| 10. Am.Skd: T.Rowe Price Lg Cap Growth | | None | L | T | | | | | |
| 11. Am.Skd: Marisico Cap Growth | | None | L | T | | | | | |
| 12. Am.Skd: Goldman Sachs Sm Cap Val | | None | K | T | | | | | |
| 13. Am.Skd: Internat'l Growth | | None | L | T | | | | | |
| 14. Am.Skd: Blackrock Value Portfolio | | None | L | T | | | | | |
| 15. Am.Skd: Wells Fargo Adv. VT Small Cap Grth Class 1 | | None | K | T | | | | | |
| 16. Am.Skd: New Discovery Asset Allocation | | None | M | T | Buy | 05/04/12 | M | | |
| 17. Am.Skd: New Discovery Asset Allocation | | None | | T | | | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, Judith W. | 08/01/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Am.Skd: Century Inc & Growth | | None | | T | | | M | | |
| 19. Am.Skd: T.Rowe Price Equity Income | | None | M | T | Buy | 05/24/12 | M | | |
| 20. Vanguard Bd Index | C | Dividend | L | T | | | | | |
| 21. Vanguard Intrm.Tax Exempt Admrl Class | C | Dividend | M | T | Buy (add'l) | 08/27/12 | J | | |
| 22. Loomis Sayles Global Bond | B | Dividend | L | T | | | | | |
| 23. T.Rowe Price New Horizons | B | Dividend | K | T | Buy | 01/06/12 | K | | |
| 24. First Eagle Overseas | D | Dividend | M | T | Buy | 01/05/12 | L | | |
| 25. Vanguard Emerging Market ETF | B | Dividend | L | T | Buy | 01/06/12 | L | | |
| 26. Collar Fund | A | Dividend | L | T | Buy | 01/05/12 | L | | |
| 27. Prudential Jennison Natural Resources | | None | L | T | Buy | 01/06/12 | L | | |
| 28. Vanguard Energy | C | Dividend | L | T | Buy | 01/05/12 | L | | |
| 29. T.Rowe Price Real Estate | B | Dividend | L | T | Buy | 01/06/12 | L | | |
| 30. Am.Fds.: Inc. Fd. Am (IRA) | D | Dividend | M | T | Sold (part) | 04/05/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

III. Net income for 2012 reported.    Received in monthly installments.

VII.
Line 2 reflects cash left afer sales of funds in 2011.  Funds listed in lines 6,7 and 12 of Part VII of the 2011 Report were sold in full.

Lines 14-20:  I hold an annuity in Amerucan Skandia ("Am.Skd."), which buys and sells funds during the year.  Holdings and valuations reflect year-end statement I received.  In response to the Committee's December 5, 2012 letter inquiring about A. Skd. Am. Century Inc & Growth reported in line 20, this explanatory note of information inadvertantly omitted is provided, as suggested by the General Counsel.  On March 25, 2010, $100,000 in the subaccount of  Goldman Sachs Small Cap Value (line 16) was sold and the American Century Fund (line20) was purchased.

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, Judith W. | 08/01/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Judith W. Rogers**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544